UNITED STATES ~~BANKRUPTCY~~ District COURT
WESTERN DISTRICT OF NEW YORK

In Re: Harold's Auto Accessories, LLC

BK No. 03-19287B

Debtor

Chapter 7

---

William E. Lawson as Trustee in Bankruptcy
of Harold's Auto Accessories, LLC
730 Convention Tower
Buffalo, New York 14202

Plaintiff

vs.

**Satisfaction of Default Judgment**

Northtown Automotive Companies, Inc.
1135 Millersport Highway
Amherst, New York 14226

Case Number: 06-MC-18A

Defendant(s)

---

**STATE OF NEW YORK:**
**COUNTY OF ERIE    :  SS.:**

**WHEREAS**, a Default Judgment was recovered on the 14th day of April, 2006, against Northtown Automotive Companies, Inc. and in favor of William E. Lawson, as Trustee in Bankruptcy of Harold's Auto Accessories, LLC in the above-entitled action for the sum of $6,239.14, which Default Judgment was, on the 14th day of April, 2006, duly entered in the Judgment Book in the office of the Clerk of the above-named Court and said Default Judgment has been paid, and it being further certified that there are no outstanding Executions with any Sheriff or Marshal of any County of the State of New York. A transcript was filed with the office of the Clerk of the _____ on the _____ day of _____ , _____ .

**THEREFORE**, satisfaction of said Default Judgment is hereby acknowledged, and the Clerk of said Court is hereby authorized and directed to cancel, satisfy and discharge the same.

_____
Robert C. Boehm

***

STATE OF NEW YORK:
COUNTY OF ERIE : ss.:

INDIVIDUAL ACKNOWLEDGMENT

On the 14th day of April, 2006, before me personally came Robert C. Boehm, to me known, and known to me to be one of the attorneys for the Plaintiff(s) in the within-entitled action, and to be the same person(s) described in and who executed the within Satisfaction of Default Judgment and acknowledged to me that he(she)(they) executed the same.

*Notary Public*
*State of New York*
*Erie County*
*Dawn M Peters*
*Commission Expires April 13, 2010*

Notary Public, Erie County, NY
My Commission Expires 4-13-2010

---

STATE OF NEW YORK:
COUNTY OF    : ss.:

CORPORATE ACKNOWLEDGMENT

On the ____ day of _____, 2006, before me personally came _____, to me known, who being by me duly sworn, did depose and say: that he(she) is the _____ of _____, the corporation described in and which executed the within instrument; that he(she) knows the seal of said corporation; that the seal affixed to said Instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he(she) signed his(her) name thereto by like order.

Notary Public, Erie County, NY
My Commission Expires _____